No. 1198, Misc.   BAKER *v.* COLORADO.   Supreme Court of Colorado.   Certiorari denied.

No. 944, Misc.   MUNOZ PEREZ *v.* UNITED STATES. C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1.   SCALES *v.* UNITED STATES, 367 U. S. 203;

No. 203.   ELI LILLY & Co. *v.* SAV-ON-DRUGS, INC., ET AL., *ante,* p. 276;

No. 763.   CHANDLER *v.* BROWN ET AL., 365 U. S. 878;

No. 874.   I. LEON Co., INC., *v.* REINER ET AL., *ante,* p. 929;

No. 880.   McMANUS *v.* CIVIL AERONAUTICS BOARD ET AL., *ante,* p. 928;

No. 884.   WEST VIRGINIA NORTHERN RAILROAD Co. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 929;

No. 658, Misc.   LOOMIS *v.* PRIEST, TREASURER OF THE UNITED STATES, 365 U. S. 862;

No. 730, Misc.   TRENT *v.* UNITED STATES, 365 U. S. 889;

No. 903, Misc.   KREMER *v.* CLARKE, TRUSTEE, ET AL., *ante,* p. 920;

No. 922, Misc.   JOHNSON *v.* UNITED STATES, *ante,* p. 931;

No. 933, Misc.   BRABSON *v.* NEW YORK, *ante,* p. 930;

No. 980, Misc.   TAYLOR *v.* DISTRICT OF COLUMBIA UNEMPLOYMENT COMPENSATION BOARD ET AL., *ante,* p. 932; and

No. 981, Misc.   LINDSAY *v.* ALABAMA, *ante,* p. 933. Petitions for rehearing denied.

No. 871.   CHERETON *v.* UNITED STATES, *ante* p. 924. Petition for rehearing and for other relief denied.